UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
VICTORIANO TAVAREZ, Individually, and :
On Behalf of All Others Similarly Situated, :
: Case No. 1:21-cv-09972-PAE-BCM
Plaintiff, :
:
vs. : **STIPULATION OF DISMISSAL**
: **AND ORDER**
CHARLES J. BECKER & BRO., INC., :
Defendant. :
:
:
:
:
---------------------------------------------------------------- x

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: February 24, 2022            **MIZRAHI KROUB LLP**

*[signature]*

JOSEPH H. MIZRAHI
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone: 212/595-6200
212/595-9700 (fax)
jmizrahi@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

DATED: February 24, 2022

**FOX HORAN & CAMERINI**

*(signature)*

Kathleen M. Kundar
885 Third Avenue
Ste 17th Floor
New York, NY 10022
212-480-4800
Email: kmkundar@foxlex.com

*Attorney for Defendant*

SO ORDERED:

*(signature: Paul A. Engelmayer)*

JUDGE, U.S. District Court
Southern District of New York
3/21/22

2